UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
GREEN, CONSTANCE E. § Case No. 10-08310
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   CLERK, U.S. BANKRUPTCY COURT
   7th Floor, Federal Building
   219 South Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 1/7/2011 in Courtroom 4016,
   United States Courthouse
   505 N. County Farm Road
   Wheaton, IL  60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____


*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GREEN, CONSTANCE E. §    Case No. 10-08310
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 22,310.40 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 22,310.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 2,981.04 | $ 0.00 | $ 2,981.04 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 1,915.00 | $ 0.00 | $ 1,915.00 |
| Attorney for Trustee Expenses: SPRINGER, BROWN, COVEY, GAERTNER | $ 28.16 | $ 0.00 | $ 28.16 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,924.20 |
| Remaining Balance | $ | 17,386.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,172.73 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $ 9,333.22 | $ 0.00 | $ 2,742.30 |
| 2 | Discover Bank | $ 16,488.26 | $ 0.00 | $ 4,844.60 |
| 3 | Discover Bank | $ 3,970.03 | $ 0.00 | $ 1,166.48 |
| 4 | Chase Bank USA, N.A. | $ 11,011.19 | $ 0.00 | $ 3,235.32 |
| 5 | Amer.Info. as Agent for Citibank (S.D) | $ 3,183.64 | $ 0.00 | $ 935.42 |
| 6 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 2,482.58 | $ 0.00 | $ 729.43 |
| 7 | Chase Bank USA,N.A. | $ 2,262.27 | $ 0.00 | $ 664.70 |
| 8 | American Express Centurion Bank | $ 6,597.96 | $ 0.00 | $ 1,938.62 |
| 9 | Fia Card Services, NA/Bank of America | $ 3,843.58 | $ 0.00 | $ 1,129.33 |
| | Total to be paid to timely general unsecured creditors | | $ | 17,386.20 |
| | Remaining Balance | | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown /s/

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: corrinal               Page 1 of 2                   Date Rcvd: Dec 02, 2010
Case: 10-08310                 Form ID: pdf006              Total Noticed: 30

The following entities were noticed by first class mail on Dec 04, 2010.
db           +Constance E. Green,    508 Fall Circle,    Roselle, IL 60172-3514
aty          +Joseph P Doyle,    Law Office of Joseph P Doyle,    105 S Roselle Road,    Suite 203,
               Schaumburg, IL 60193-1631
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
tr           +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
15760059      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15176675     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
15176676     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15176677     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15655584      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15744507     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
15176678     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15176681     +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
15176685    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,     Po Box 15519,    Wilmington, DE 19850)
15176684     +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
15176686     +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
15176688     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
15176690     +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
15597778     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
15176691     +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
15176693     +Unvl/Citi,    8787 Baypines,    Jacksonville, FL 32256-8528
15176692     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15176694     +Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701-4747
The following entities were noticed by electronic transmission on Dec 02, 2010.
15667302      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 03 2010 02:53:52
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
15602159      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2010 02:54:47      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15176679     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2010 02:54:47      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
15945411      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 03 2010 02:53:52
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15719608     +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 03:00:19
               GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15176682     +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2010 03:00:19      Gemb/Jcp,    Po Box 984100,
               El Paso, TX 79998-4100
15176683     +E-mail/Text: bankruptcy@hraccounts.com                           H & R Accounts Inc,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
15176687     +E-mail/PDF: cr-bankruptcy@kohls.com Dec 03 2010 02:53:58      Kohls/Chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 8
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty*         +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
15176680*    +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
15176689*    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
                                                                                               TOTALS: 0, * 4, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: corrinal           Page 2 of 2             Date Rcvd: Dec 02, 2010
Case: 10-08310                Form ID: pdf006          Total Noticed: 30

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2010**               **Signature:**   *Joseph Speetjens*