UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
GREEN, CONSTANCE E. § Case No. 10-08310
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris N A Po Box 94034 Palatine, IL 60094 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| SPRINGER, BROWN | | | | | |
| SPRINGER, BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Fia Csna Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H & R Accounts Inc 7017 John Deere Pkwy Moline, IL 61265 | | | | | |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Unvl/Citi 8787 Baypines Jacksonville, FL 32201 | | | | | |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |

UST Form 101-7-TDR (5/1/2011) (Page: 6)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 4 | CHASE BANK USA, N.A. | | | | | |
| 7 | CHASE BANK USA,N.A. | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 3 | DISCOVER BANK | | | | | |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 6 | GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| 1 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-08310 | JHS | Judge: JOHN H. SQUIRES | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | GREEN, CONSTANCE E. | | | | Date Filed (f) or Converted (c): | 02/27/10 (f) |
| | | | | | 341(a) Meeting Date: | 04/27/10 |
| For Period Ending: | 05/24/12 | | | | Claims Bar Date: | 08/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 508 Fall Circle, Roselle IL | 227,000.00 | 22,300.00 | | 22,300.00 | FA |
| 2. Cash on Hand | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account with Harris Bank | 35.00 | 0.00 | DA | 0.00 | FA |
| 4. Charter One Bank - checking account | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. Miscellaneous used household goods and furnishings | 700.00 | 0.00 | DA | 0.00 | FA |
| 6. Books, Pictures, and CD's | 125.00 | 0.00 | DA | 0.00 | FA |
| 7. Wearing Apparel | 285.00 | 0.00 | DA | 0.00 | FA |
| 8. Miscellaneous Costume Jewelry | 325.00 | 0.00 | DA | 0.00 | FA |
| 9. Term Life Insurance policy through employer - (No | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Rail road pension plan - 100% exempt. | 0.00 | Unknown | DA | 0.00 | FA |
| 11. Debtor will owe the IRS for her 2009 Taxes. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Automobile - 2003 Chevrolet Malibu with 90K in mil | 1,175.00 | 0.00 | DA | 0.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 12.62 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $229,945.00 | $22,300.00 | | $22,312.62 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/09/10     Current Projected Date of Final Report (TFR): 11/09/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-08310 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | GREEN, CONSTANCE E. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1358  Money Market Account |
| Taxpayer ID No: | *******9102 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/10 | 1 | CONSTANCE GREEN 508 FALL CIRCLE ROSELLE, IL 60172 | | 1110-000 | 8,400.00 | | 8,400.00 |
| 05/12/10 | 1 | Contance Green (Debtor) 508 Fall Circle Roselle, IL 60172 | | 1110-000 | 13,900.00 | | 22,300.00 |
| 05/28/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 1.01 | | 22,301.01 |
| 06/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 2.01 | | 22,303.02 |
| 07/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 1.83 | | 22,304.85 |
| 08/31/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 1.95 | | 22,306.80 |
| 09/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 1.83 | | 22,308.63 |
| 10/29/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 1.77 | | 22,310.40 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 1.02 | | 22,311.42 |
| 12/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.93 | | 22,312.35 |
| 01/24/11 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 22,312.62 |
| 01/24/11 | | Transfer to Acct #*******1366 | Final Posting Transfer | 9999-000 | | 22,312.62 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 22,312.62 | 22,312.62 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 22,312.62 | |
| Subtotal | | 22,312.62 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 22,312.62 | 0.00 | |

Page Subtotals    22,312.62    22,312.62

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-08310 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | GREEN, CONSTANCE E. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1366  Checking Account |
| Taxpayer ID No: | *******9102 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/11 | | Transfer from Acct #*******1358 | Transfer In From MMA Account | 9999-000 | 22,312.62 | | 22,312.62 |
| 01/24/11 | 000101 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>SUITE 330<br>WHEATON, IL  60187 | Chapter 7 Compensation/Fees | 2100-000 | | 2,981.04 | 19,331.58 |
| 01/24/11 | 000102 | SPRINGER, BROWN, COVEY, GAERTNER<br>& DAVIS, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | | 1,943.16 | 17,388.42 |
| | | | Fees         1,915.00 | 3110-000 | | | |
| | | | Expenses         28.16 | 3120-000 | | | |
| 01/24/11 | 000103 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 1, Payment 29.38589% | 7100-900 | | 2,742.65 | 14,645.77 |
| 01/24/11 | 000104 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 2, Payment 29.38588% | 7100-900 | | 4,845.22 | 9,800.55 |
| 01/24/11 | 000105 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 3, Payment 29.38592% | 7100-900 | | 1,166.63 | 8,633.92 |
| 01/24/11 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 4, Payment 29.38583% | 7100-900 | | 3,235.73 | 5,398.19 |
| 01/24/11 | 000107 | Amer.Info. as Agent for Citibank (S.D)<br>PO Box 248840 | Claim 5, Payment 29.38586% | 7100-900 | | 935.54 | 4,462.65 |
| | | | Page Subtotals | | 22,312.62 | 17,849.97 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08310 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | GREEN, CONSTANCE E. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1366  Checking Account |
| Taxpayer ID No: | *******9102 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/24/11 | 000108 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>Oklahoma City, OK 73124-8840 | Claim 6, Payment 29.38596% | 7100-900 | | 729.53 | 3,733.12 |
| 01/24/11 | 000109 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 7, Payment 29.38597% | 7100-900 | | 664.79 | 3,068.33 |
| 01/24/11 | 000110 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 8, Payment 29.38590%<br>(8-1) CREDIT CARD DEBT | 7100-900 | | 1,938.87 | 1,129.46 |
| 01/24/11 | 000111 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 9, Payment 29.38562% | 7100-900 | | 1,129.46 | 0.00 |

|  | COLUMN TOTALS | 22,312.62 | 22,312.62 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 22,312.62 | 0.00 | |
|  | Subtotal | 0.00 | 22,312.62 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 22,312.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********1358 | 22,312.62 | 0.00 | 0.00 |
| Checking Account - ********1366 | 0.00 | 22,312.62 | 0.00 |
| | 22,312.62 | 22,312.62 | 0.00 |

Page Subtotals     0.00     4,462.65

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08310 -JHS | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | GREEN, CONSTANCE E. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1366  Checking Account |
| Taxpayer ID No: | *******9102 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*